1  Donald F. Zimmer, Jr. (State Bar No. 112279 )
   Cheryl A. Sabnis (State Bar No. 224323)
2  KING & SPALDING LLP
   Four Embarcadero Center
3  Suite 3500
   San Francisco, CA  94111
4  Telephone:  (415) 318-1200
   Facsimile:  (415) 318-1300
5  fzimmer@kslaw.com
   csabnis@kslaw.com
6
   Attorneys for Defendant
7  SMITHKLINE BEECHAM CORPORATION d/b/a
   GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER
8  HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER
   HEALTHCARE, L.P., and BLOCK DRUG COMPANY, INC.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  JENNIFER BORISSOFF and VALENTIN          Case No. CV-08-3491-WHA
    BORISSOFF,
15
              Plaintiffs,                    **NOTICE OF SUBSTITUTION OF
16                                           COUNSEL  AND [PROPOSED] ORDER
         v.                                  APPROVING SUBSTITUTION**
17
    SMITHKLINE BEECHAM dba
18  GLAXOSMITHKLINE,
    GLAXOSMITHKLINE CONSUMER
19  HEALTHCARE L.L.C.,
    GLAXOSMITHKLINE CONSUMER
20  HEALTHCARE, L.P., and BLOCK DRUG
    COMPANY, INC.,
21
              Defendants.
22

23

24

25

26

27

28
                                         1
   NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
                   CASE NO. CV-08-3491-WHA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that defendants SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., and BLOCK DRUG COMPANY INC. (collectively "Defendants") hereby substitute Donald F. Zimmer, Jr. and Cheryl A. Sabnis, of the law firm of King & Spalding LLP as attorney of record in the place and stead of Gary T. Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, CA 94105.

Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to the undersigned at:

> Donald F. Zimmer, Jr.
> Cheryl A. Sabnis
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> fzimmer@kslaw.com
> csabnis@kslaw.com

Defendants have been given proper notice pursuant to Civil Local rule 11-5 and further consent to the above substitution.

Dated: December 30, 2008

SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, GLAXOSMITHKLINE CONSUMER HEALTHCARE L.L.C., GLAXOSMITHKLINE CONSUMER HEALTHCARE, L.P., and BLOCK DRUG COMPANY.

/s/ Ellen Hudock /s/
Ellen Hudock
Senior Counsel

1  I have given proper notice pursuant to Civil Local rule 11-5 and further consent to the
2  above substitution.

3
4  Dated: December 30, 2008               LAFAYETTE & KUMAGAI LLP

5
                                          /s/ Gary T. Lafayette /s/
6                                         Gary T. Lafayette
                                          Joanne Chan
7

8

9  The undersigned hereby consent to this substitution and represent that they have been
10  duly admitted to practice in this District.

11
    Dated: December 30, 2008               KING & SPALDING LLP
12

13
                                          Donald F. Zimmer, Jr.
14                                        Donald F. Zimmer, Jr.
                                          Cheryl A. Sabnis
15

16                                        Attorneys for Defendants
                                          SMITHKLINE BEECHAM CORPORATION
17                                        D/B/A GLAXOSMITHKLINE,
                                          GLAXOSMITHKLINE CONSUMER
18                                        HEALTHCARE L.L.C.,
                                          GLAXOSMITHKLINE CONSUMER
19                                        HEALTHCARE, L.P., and BLOCK DRUG
                                          COMPANY.
20

21

22  I hereby certify that Ellen Hudock, Gary T. Lafayette and Donald F. Zimmer, Jr., concur
23  in the e-filing of this document.

24  Dated: December 30, 2008

25

26                                        /s/ Cheryl A. Sabnis /s/
                                          Cheryl A. Sabnis
27

28
                                          3
       NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
                       CASE NO. CV-08-3491-WHA

1  The Court hereby approves the substitution of Donald F. Zimmer, Jr., and Cheryl A. Sabnis of the law firm of King & Spalding LLP as counsel for Defendants in the place and stead of Gary T. Lafayette and Joanne Chan of the law firm of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, CA 94105.

Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to:

> Donald F. Zimmer, Jr.
> Cheryl A. Sabnis
> KING & SPALDING LLP
> Four Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> Telephone: (415) 318-1200
> Facsimile: (415) 318-1300
> fzimmer@kslaw.com
> csabnis@kslaw.com

It is so ordered.

Dated: December 31, 2008

Hon. William Alsup
Judge of District Court

*IT IS SO ORDERED — Judge William Alsup*

4

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
CASE NO. CV-08-3491-WHA